VINCENZO PIAZZA et al., Appellants, v. NATIONAL RESERVE INSURANCE COMPANY, Respondent.

(Submitted September 28, 1936; decided September 30, 1936.)

*Thomas F. Curley* for motion.

*Peter F. Gulotta* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless stipulation for judgment absolute is filed within ten days, in which event the motion is denied.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LLOYDS INSURANCE COMPANY OF AMERICA, Appellant, v. ISLE THEATRICAL CORPORATION, Respondent.

(Submitted September 28, 1936; decided September 30, 1936.)

Motion for reargument or to amend remittitur denied. (See 271 N. Y. 390.)